UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 0 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ELBERT WELCH, #00-B-1648,
Orleans Correctional Facility
3531 Gaines Basin Road
Albion, NY 14411-9199

Plaintiff

Case: 1:07-cv-02030
Assigned To : Unassigned
Assign. Date : 11/08/2007
Description: PRO SE GEN. CIVIL

v.

ROBERT S MUELLER, Director of Federal Bureau of Investigation;
UNITED STATES ATTORNEY GENERAL; GEORGE BUSH, President of
The United States; DANIEL J MERCALF, Director of Office of
Information And Privacy, of Washington, D C

THE UNITED STATES ATTORNEY, Western District of New York;
JUDGE WILLIAM SKRETNY, United States District Judge, Western
District of New York;

Circuit Judges CHESTER J STRAUB; BARRINGTON D PARKER;
RICHARD D WESLEY; JOSE A CABRANES; ROBERT D SACK; And
Clerk of Court CATHERINE O HAGEN; Deputy Clerk ELIZABETH
MUNOZ; And Clerk LUCILLE CARR, of United States Court of
Appeals For The Second Circuit;

New York State Supreme Court Justices PIGOTT, JR ; GREEN;
HURLBUTT; SCUDDER; HAYES; GORSKI; LAWTON, of the Appellate
Division, Fourth Judicial Department;

Acting Niagara County Court Judge JAMES PUNCH; Assistant
District Attorney CLAUDE JEORG, of County of Niagara

Defendants

RECEIVED
OCT 22 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Defendant Robert S Mueller, Director, FBI
Address  935 Pennsylvania Ave ,N W ,Washington,D C  20535 0001

Defendant  United States Attorney General
Address 930 Pennsylvania Ave,N W ,Washington,D C  20530-0001

Defendant  Daniel J Metcalf Director,Office of Information And Privacy
Address  U S Dept of Justice,Office of Information & Privacy,Washington,D C  20530

Defendant  United States Attorney General,Western District of New York
Address  138 Delaware Ave, Buffalo,New York  14202

Defendant  Judge William Skretny District Judge Western District of New York
Address  304 U S Courthouse,68 Court Street,Buffalo,New York 14202

Defendants  Chester J Straub; Barrington D Parker; Richard D Wesley;
            Jose Cabranes; Robert D Sack; Catherine O'Hagen; Elizabeth
            Munoz; Lucille Carr;
Address   U S Court of Appeals,Second Circuit,Foley Square,New York,N Y   10007

Defendants  New York State Supreme Court Justices  Piggtt Jr ; Green; Hurlbutt;
            Scudder; Hayes; Gorski; Lawton;
Address    Appellate Division,4th Dept  50 East Ave ,Suite 200,Rochester,N Y  14604

Defendants  Acting Niagara County Judge James Punch; Assistant District
            Attorney Claude Jeorg;
Address   Niagara County Courthouse Lockport New York  14094

agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you <u>must</u> submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copy to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001.

I.  **SUCCESSIVE CLAIMS**

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II.  **PREVIOUS LAWSUITS**

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes (X)    No ( )

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes (X)    No ( )

   C.  If your answers to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit.

   Plaintiffs: _Elbert Welch_

   Defendants: _T. Charland, et al    Donald Selsky, et al_

   2.  Court (If federal court, please name the district; if state court name the county.) _Northern Dist of New York_

   3.  Docket number: _06-CV-0061, 06-CV-812_

   4.  Name of judge to whom case was assigned: _Hon Lawrence E Kahn_

   5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still

LL

pending?) _still pending_

6. Approximate date of filing lawsuit: _2006_

7. Approximate date of disposition: _still pending_

### III. PLACE OF CONFINEMENT

A. Is there a prisoner grievance procedure in this institution? Yes (X)   No ( )
If your answer is Yes, go to Question III B. If your answer is No, skip Questions III, B, C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
Yes ( )   No ( )   _Some but not ALL_

C. If your answer is Yes to Question III B:

1. To whom and when did you complain? _IGRC, Albany Dept. of Corr. Commnr., Inspector General_

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes (X)   No ( )

3. What, if any, response did you receive? (Furnish copy of response, if in writing.) _Grievance denied, no action take_

4. What happened as a result of your complaint? _continued acts of conspiracy, attempted murder, civil rights violations_

D. If your answer is No to Question III B, explain why not. _No grievance procedure is available for challenge to incarceration_

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?   Yes ( )   No ( )

F. If your answer is Yes to Question III E;

1. To whom and when did you complain? _FBI, U.S. Attorney Gen., Fed. Dist. Court, U.S. Atty WDNY_

LL

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes (X)   No ( )

3. What, if any response did you receive? (Furnish copy of response, if in writing.) _____

4. What happened as a result of your complaint? _____

IV. PARTIES

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: Elbert Welch  00-B-1648
   Address: Orleans C.F., 3531 Gaines Basin Road, Albion, New York 14411-9199

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

B. Defendant: Robert S. Mueller, Director
   Address: 935 Pennsylvania Ave., N.W., Washington, D.C. 20535-0001

   Defendant: United States Attorney General
   Address: 950 Pennsylvania Ave., N.W., Washington, D.C. 20530-0001

   Defendant: President George Bush
   Address: _____  Washington, D.C.

   Defendant: United States Attorney Western District of New York
   Address: 138 Delaware Ave., Buffalo, New York 14202

V. STATEMENT OF CLAIM

State here briefly as possible the facts of your case. Describe how each defendant is involved.

LL

PARTIES

I) ROBERT S MUELLER is Director of the Federal Bureau of Investigation

II) UNITED STATES ATTORNEY GENERAL is the Attorney General of the United States

III) DANIEL J METCALF is Director of Office of Information and Privacy

IV) UNITED STATES ATTORNEY for the Western District of New York is the United States Attorney for the Western District of New York

V) Judge WILLIAM SKRETNY is District Judge for the Western District of New York

VI) Circuit Judges CHESTER J STRAUB, BARRINGTON D PARKER, RICHARD D WESLEY, JOSE A CABRANES, ROBERT D SACK, are Circuit Court Judges for the United States Court of Appeals for the Second Circuit

VII) Clerk of Court CATHERINE O'HAGEN Deputy Clerk ELIZABETH MUNOZ, and Clerk LUCILLE CARR, are employees at the United States Court of Appeals for the Second Circuit

VIII) The named federal defendants in paragraphs I,II,III,IV,V,VI,supra, and the Court Clerks named in paragraph VII,supra, are sued in their individual and official capacities for injunctive relief, declaratory relief, and equitable relief as more fully set forth in the complaint

IX) Defendants New York State Supreme Court Justices PIGOTT,JR , SAMUEL L GREEN, ROBERT G HURLBUTT, JEROME G GORSKI, HENRY J SCUDDER and LAWTON are Justices of the Supreme Court, Appellate Division, Fourth Judicial Department Said Justices are being sued in their official capacities for injunctive and declaratory relief and other equitable relief; and are being sued in their personal capacities for monetary damages

X) Defendant Acting Niagara County Judge JAMES PUNCH and Assistant District Attorney CLAUDE JEORG were at the relevant times herein Acting Niagara County Judge and Assistant Niagara County District Attorney, respectively, and are being sued in their official capacities for injunctive and declaratory relief and in their individual capacities for monetary damages

FACTS

1) This is a civil rights complaint seeking injunctive relief, declaratory relief, and equitable relief against federal and state judicial and prosecutorial officials.

2) I have been involved for many years with the FBI and U S Department of Justice (U S Dept of Justice) as well as New York Federal District Courts for the Western and Northern Districts as complainant, crime victims, civil rights litigant as well as federal government witness in an ongoing FBI investigation as to a massive, criminal conspiracy by New York State Department of Correctional Service (DOCS) employees, New York State police as well as local police and others to kill me, my family members, to defraud the federal government and to further other goals of a conspiracy (the conspiracy", etc )

3) I have written many complaints to FBI and U S Dept of Justice sources, have made requests for disclosure of records under Title 5 USC 552, and have been interviewed on several occasions by FBI Agents from Niagara Falls and Buffalo, New York, offices regarding this conspiracy.

4) Based on my involvement in these matters as victim and eyewitness, I am aware that the FBI has long ago launched an investigation into this conspiracy which, as the FBI well knows, has many goals some of which are to kill me and my family and to defraud the federal government, among other goals thereof.

5) I am currently a New York State prisoner in custody of conspirators where the conspiracy originated, i e , in New York State's prison system. Several New York Federal District Court Judges have ruled that I am in imminent danger of serious physical injury from plots to poison my food (See Welch v T Charland, et al ,06 CV-0061(LEK/DEP))) and plots to murder me (See Welch v Selsky, et al , 06 CV 812(LEK/DEP)). In both of these cases the complaints have been served by the U S Marshals on all of numerous New York State DOCS employee defendants.

6) On a daily basis I am at risk of being seriously injured or killed from this conspiracy and DOCS officials regularly make attempts to consummate that objective while using conspirator DOCS employees and inmates to make such attempts. On 9/14/07, after a Tier II disciplinary hearing held by Lt Oldenburg at Orleans C F where I am currently confined in New York's prison system, Lt Oldenburg tried to provoke me into a physical fight or altercation in an effort to set me up to be killed by employees, even though this attempt did not succeed due to my exercise of restraint and self discipline. Such attmpt to kill me consisted of Lt Oldenburg stating in a loud and boisterous shouting voice while pointing at me in a Tier II hearing office: "Tough shit .You put me through shit . Now you

1

handle it." This response came after I informed him that putting me in SHU would subject me to being poisoned through food in this conspiracy (See Welch v Charland, supra)

7) At the time of these occurrences, the entire medical building where the Tier II hearing was being held had been shut down for all inmates and medical staff which was very unusual. This was apparently a preplanned event to set me up for being attacked by staff which the facility was put on notice of by the shut down and cancellation of all medical callouts and movement in the area on the afternoon of 9/14/07. I was the only inmate in the area after the hearing concluded.

8) Also, while in SHU B-22 cell I believe I was served contaminated/poisoned food on multiple occasions by Corrections Officers who worked there. I reported symptoms to medical staff such as stinging and blistering inside of my mouth, sore throat and other suspected signes of tampering/contamination with my food all to no avail as the medical staff merely gave me throat lozenges or cold medicine D tablets even though I had no cold and stated I believed I had been poisoned via the food served by officers. After my release from SHU I went to sick call again on 10/15/06 and reported the same symptoms that had still existed; the nurse used a hand held looking device and merely looked into my mouth and throat area and claimed she only observed redness in the throat and gave me medicine D tablets even though I had no cold and specifically stated I had reason to believe I had been poisoned via food.

9) There have been countless other incidents wherein New York DOCS employees have tried to provoke me into fights or disciplinary action by using employees or inmates or both. On many occasions I have been confined to cells and forced to eat contaminated/poisoned food served by DOCS employees and conspirators. I am currently diagnosed with having hepatitis C (HCV) and liver damage which, in addition to likely having been caused or contributed to by the repeated food contaminations/poisoning over the many years that this conspiracy has existed, puts me at greater risk of further serious injury or death. DOCS employees have also plotted with conspirators to get me stabbed or killed by arson on numerous occasions while at the same time plotting to discredit their actions and complicity in the conspiracy.

10) According to my understanding from daily experiences and observations in this conspiracy, from FBI documents obtained via Title 5 USC 552 which show that the FBI has repeatedly investigated this conspiracy over the years, from my involvement in numerous federal court civil rights litigations and proceedings, it is obvious that the FBI knows that I am in danger of being seriously injured or killed

2

on a daily and regular basis in this conspiracy

11) In fact, it is rumored and well circulated among the inmate/prison population as well as among New York DOCS employees and conspirators that the HCV and liver damage I am presently diagnosed with resulted from the food poison/contamination conspiracy and it is being said among conspirators that they expect me to die from the illness while they at the same time attempts to discredit the same and to discredit their continued involvement in such conspiracy.

12) It further appears that the FBI and U S Dept of Justice are influencing the denial of habeas corpus relief to me by federal judges by using their investigatory powers to influence decisions to further the FBI investigations and <u>not</u> on the merits of my habeas corpus petitions which I brought in the Western District Court of New York challenging two Niagara County State Court drug convictions which involved numerous state and local police conspirators who testified therein all falsely claiming lack of knowledge or involvement in a conspiracy against me. The decisions of Federal Judge William Skretny denying my two habeas corpus petitions have all appearance of not being decisions on the merits but rather the decisions repeatedly emphasize the testimony of the testifying police officers who all claim they lacked knowledge or involvement in the conspiracy against me and also emphasize that I was unable to produce FBI witnesses or any evidence to substantiate my claims that such a conspiracy existed. This laid the foundation for federal prosecution of the testifying police officers for perjury as well as conspiracy by FBI officials who certainly have evidence that such police officers knew of and were members of the conspiracy.

13) In regard to the above I point out that in addition to my knowledge of many past and recent FBI investigations of this conspiracy. I subpoenaed both Buffalo and Niagara Falls New York FBI Agents as my defense witnesses for both pretrial and trial purposes in the two state court criminal proceedings which involved indictment 1999 051(Docketed as federal habeas case Welch v Artus, 03 CV 065(S); U S Ct of Appeals 2nd Cir Dkt Welch v Artus 07 1566 pr); and the second case was indictment 1999 128(Docketed as federal habeas case Welch v Artus 04 CV 205(S); U S Ct of Appeals 2nd Cir Dkt Welch v Artus 07 1529 pr ) The FBI from both offices filed written documentation in the state court in which they invoked claims of sovereign immunity to resist testifying in the state court proceedings and informed the state court authorities that if the subpoenas were not withdraw they would move in federal court to quash them. The FBI stated in their written responses that they were prohibited from producing witness testimony and documentary evidence in the state court proceeding pursuant to 28 C F R 16 24 and cited United States ex rel Touhy v Ragen, 340 US 462, 71

3

S Ct 416(1951) as dispositive of this type of situation. U S Magistrate Judge Bianchini, at p 55 of his report recommendation ( report ) herein which recommended denial of my habeas corpus petition in Welch v Artus,supra 03 CV 865, acknowledges this written communication as part of the federal habeas corpus proceedings. Judge Skretny adopted,in toto without regard to the merits of my claims, the report of Magistrate Judge Bianchini, and denied habeas relief to further FBI investigations of the conspiracy.

14) The state criminal charges under Welch v Artus,supra,03-CV 865, involve conspirators New York State Police and local city police of Niagara Falls,New York who wholly fabricated a claim that I made a drug sale to New York State Police Investigator Jimmy Phelps. The FBI having been monitoring me and having me under surveillance for many years, were fully aware of the known false charges brought against me by these conspirators but,as stated, were prohibited under federal law from producing witnesses or documentary evidence in the state court proceedings when subpoenaed by me.

15) In fact, throughout the entire prison system both inmates and DOCS employees are aware of the FBI involvement in the investigation of this conspiracy and my federal witness status in it at this juncture which has been clearly expressed by both such sources on numerous occasions

16) Further, I have taken proper steps to attempt to obtain this evidence by complying with the federal regulations first as suggested in federal court decisions. See e g , Smith v Cromer,159 F 3d 875(4th Cir 1998); United States v Williams,170 F 3d 431(4th Cir 1999). I have requested the U S Attorney of Western District of New York to disclose the witness and documentary evidence pursuant to 28 C F R 16 22(b) and 16 24(a). I have also made requests for such disclosure pursuant to Title 5 USC 552 , I appealed all requests,Only 12 pages were released with the office of Information and privacy,Daniel J Metcalf Director, denying my appeal and stating that the records are exempt from disclosure (5 USC 552a(j)(2); 28 C F R 16 96(2006)); and protected from disclosure under FOIA pursuant to 5 USC 552(b)(7)(c).

17 Director Metcalf advised that if I am dissatisfied with his action on my appeal dated Nov 20,2006 I may seek judicial review pursuant to 5 USC 552a(4)(b).

18 District Courts have authority to compel agency action unlawfully withheld or unreasonably delayed " 5 USC 706(1); United States v Williams,supra 170 F 3d,at 434. Although courts have required compliance with the Justice Department's regulations as a prerequisite to obtaining information possessed by the FBI,courts have held that "we in no way authorize the FBI to withhold

4

such information where it has participated in the investigation at issue See ,e g  United States v Williams,supra at 434.

19) The FBI has withheld such information in my cases and further has prevented me from being released via federal habeas corpus relief under 28 USC 2254

20) A fair reading of my habeas petitions and the reports of U S Magistrate Judge Bianchini which were adopted by Judge Skretny by mere rubber stamping with no discussion of the merits whatsoever by Judge Skretny strongly supports my claims that the decisions were made to further FBI investigations and not on the merits of my claims for habeas relief.

21) Indeed it reasonably appears that the FBI has all intention of detaining me as a federal material witness in these cases which is strongly supported by the facts and circumstances even though the FBI have not yet laid hands on me Cf. Roba v United States,604 F 2d 215,218 219(2d Cir 1979)(prisoner has a right not to be forcibly transported by Government officials while in a life-threatening situation)

22) In the interim  I am not eligible for release on parole until the year 2013 on the two state court convictions which the FBI has prevented me from getting overturned via federal habeas corpus relief.

23) Also with respect to the second case against me wherein all testifying police witnesses were cross examined by me ad nauseam as to their knowledge of and participation in a conspiracy against me  all police witnesses denied under oath any such knowledge and participation. This was indictment 1999 128(Welch v Artus supra.04 CV 205), This laid the foundation for both perjury and conspiracy prosecutions in the federal court by FBI and the U S  Dept  of Justice who surely possess witness and documentary evidence to prove knowledge and involvement of such police witnesses in the conspiracy. The record will show that I complied with the Justice Dept  s regulations 28 C F R 16 22(b) and 16 24(a) as to this case and appealed to Washington D C  s office of Information and Privacy which denied my appeals.

24) The record will show that District Court Judge Skretny in both cases merely rubber stamped the reports of Magistrate Judge Bianchini and adopted them in toto in both cases in identical fashions which strongly supports my claim that the  merits of my habeas claims were not considered and detrmined and that instead these proceedings are being used to facilitate and further FBI investigations and U S  Dept  of Justice prosecutions of the conspirators.

25) Similarly  Judge Skretny was requested by me,in a written motion,to recuse himself and he denied such recusal motion.The recusal motion was well

5

supported with facts showing that Judge Skretny knew of FBI investigations in these cases as well as a prior history of Judge Skretny's familiarity with my numerous federal court civil rights litigations and FBI investigations as to this conspiracy. Judge Skretny denied recusal motions in both habeas cases and gave identical reasons for his denial stating in part that "this Court has no personal knowledge bias or prejudice concerning Petitioner and has no personal knowledge of disputed evidentiary facts concerning this proceeding." My recusal motions did not accuse Judge Skretny of being a conspirator but did state that Judge Skretny's rulings were not on the merits of my cases and were being influenced by the FBI investigations. Judge Skretny's decisions denying my recusal motions misstated the allegations of my recusal affidavit and did not address them. My affidavit made no allegations that FBI or U S Dept of Justice officials were members of the conspiracy as Judge Skretny seems to suggest or imply at paragraph 3, page two, of his order denying my recusal motion. This is further strong evidence to support my claim that rulings are not being made on the merits of my habeas claims but are being made to facilitate and further FBI investigations of this conspiracy.

26) I further made a motion for the state court judge, Judge Punch to recuse himself and members of the Niagara County District Attorney's office who were targets of the FBI investigations and members of the conspiracy. I raised issues that Judge Punch and prosecuting attorney Claude Jeorg were acting as informants for the FBI to perhaps curry favorable treatment for themselves. Both Judge Punch and ADA Jeorg responded in writing and neither categorically denied having had extra judicial and ex parte contact with FBI sources or acting in cooperation with or as informants for the FBI. Under well settled New York law "(n)ormally what is not disputed is deemed to be conceded." People v Gruden, 42 NY2d 214, 216 (1977); People v Wrights, 86 NY2d 591, 635 NYS2d 136(1995); People v Van Wie 238 AD2d 876 877, 661 NYS2d 112(4th Dept). Judge Punch merely stated that he was not acting in cooperation with the "United States Attorney's office" but did not state that he had not had extra judicial FBI contact. Judge Punch claimed there were no improper extra judicial FBI contacts, far short of stating that no extra judicial FBI contacts had occurred. ADA Jeorg merely claimed that he was not part of any conspiracy against me but did not in any way dispute the existence of such a conspiracy or the allegations of my recusal affidavit which under New York law is deemed to be a concession that the allegations were truthful. Yet, the recusal motion was denied as to both Judge Punch and ADA Jeorg while the facts were undisputed hence conceded by operation of law.

6

27) The state trial court record will disclose that after the FBI invoked claims of sovereign immunityc and declined to produce witnesses or documentary evidence in the state court proceedings Judge Punch throughout the pretrial and trial court proceedings refused to allow me to present my conspiracy defense and would not allow me to introduce the portion of the FBI investigative documents then possessed by me which I had obtained via Title 5 USC 552 FOIA requests and which showed FBI investigations into the conspiracy Judge Punch refused to in any way instruct the jurors on my conspiracy defenses, refused to allow me to call relevant witnesses to support my conspiracy claims, and would not allow me to comment on the FBI investigative documents then possessed by me  I was required to present my conspiracy defense only by my own testimony and non government witnesses without referring to FBI investigations of the conspiracy  Judge Punch was certainly influenced to take this action by his knowledge of the FBI investigations and his uncontradicted extra judicial FBI contacts

28) My court assigned attorney Mr Sansone sat idle and did nothing to assist me in securing supporting FBI witnesses or relevant evidence from pending civil rights cases then pending against several of the testifying police detectives (Detective Pierini,Galie,et al ) which would have shown that they were served by U S Marshals with civil rights complaints certified by federal Judges as nonfrivolous involving conspiracy and civilr rights violations against me(  See Welch v Galie et al  93 CV 1369(WDNY); and Welch v Galie  et al  96 CV 0583(S)(H) (WDNY), Assigned counsel sat idle in my presence while I complained to trial judge Judge Punch as to counsel s failure to assist me in investigating and preparing my defense of conspiracy with the result that I was compelled to dis charge counsel and proceed pro se at both trials and pretrial proceedings after Judge Punch refused to assign new counsel, These issues were raised in my federal habeas corpus petitions as grounds for relief as well.

29) On my direct appeal as of right in the state court I was still under the influence of the total disregard for my rights shown by state court Judge Punch and  attorney Sansone and others such that I involuntarily requested to proceed pro se on my direct appeal and the Appellate Division 4th Dept ,Justices granted such requests without informing me of the disadvantages of proceeding pro se. Financially I was in no position to represent myself on appeal because I had hundreds of dollars in Niagara County Court surcharges and numerous outstanding federal court filing fee encumbrances against my account. I had no income other than meager prison wages and was not informed or aware that I had to bear my own expenses for mailing copying briefs copying motions mail etc ,with no other source required to assist me,Portions of the trial minutes were altered some

7

portions were inaccurate or incomplete the transcripts were delayed being provided for some 2½ years or more from the date of the 9/18/00 order of the state Appellate Division directing the Clerk of the trial court to provide me with them and I filed motions to settle and correct the trial transcripts pro se which I had no assistance from an attorney on to obtain affidavits from the parties and to communicate with court stenographers to possibly resolve any disputes as to the accuracy of transcripts, things that I was unable to do while proceeding pro se.

30) In addition, with no aid from an attorney the Appellate Division took advantage of me and did not address many of my issues raised on my appeal and rejected my appeal not on the merits but on conflicting interests, bias, conspiracy and impropriety due to their awareness of the ongoing FBI investigations as to New York State's Judiciary many of whom were involved in the conspiracy against me. In fact, some of the FBI investigative documents then possessed by me had been marked as court exhibits and were part of the record on appeal before the appellate division justices; and the U S Marshals had previously served civil rights complaints involving claims of conspiracy and civil rights violations against me by members of the appellate division

31) In short, I was denied the right to counsel on my direct appeal because I was not aware of and not informed of the disadvantages of proceeding pro se on appeal and the appellate court judges did not advise me of such disadvantages; my waiver of counsel on appeal was thus involuntary; I was denied meaningfull appellate review of my case on my direct appeal due to bias, conflicts of interests involving the appellate judges, and conspiracy in that the state appellate judges were aware that the FBI was conducting investigations into this conspiracy and that they were targets of the FBI investigations; the appellate judges, as well as the trial court, ignored and did not address motions filed by me to settle and correct the record hence no complete and accurate transcript and record on appeal was before the state appellate judges who were apprised of such facts and denied me any corrective action.

32) The appellate court judges deciding my state court appeal in indictment number 1999 128, supra, (People v Welch, KA 00 02235) were Justices Pigott, Jr ; Green; Hurlbutt; Scudder; Hayes. See Welch v Artus, supra, 04 CV 205

33) The appellate court judges deciding my state court appeal in indictment number 1999 051 supra (People v Welch, KA 00 02234) were Justices Pigott Jr ; Green; Gorski; Lawton; Hayes. See Welch v Artus, supra, 03 CV 865

34) Further, having established that the FBI influenced the federal judges to deny habeas corpus relief not on the merits but to facilitate FBI investigations and prosecution of the conspirators involved, this provides strong and compelling circumstantial evidence that the Second Circuit Court of Appeals Judge who in brief decisions denied without discussing the merits in any degree of specificity, my applications for certificates of appealability, leave to appeal in forma pauperism, a free transcript, release on bail, etc, were likewise influenced by the FBI and U S Department of Justice to deny me review of the two state court criminal cases not on the merits, but rather to further the FBI investigations.

35) Thus, Second Circuit Judges Chester J Straub, Barrington D Parker, Richard D Wesley who rendered decision dated July 20,2007 under Welch v Artus, 07 1566 pr denying COA in forma pauperis relief, a free transcript, release on bail pending appeal(which is the same case as indictment number 1999 051, supra, People v Welch, KA 00 02234, etc ); and Judges Jose A Cabranes Chester J Straub Robert D Stack who rendered a decision dated August 3,2007 under Welch v Artus, 07 1529 pr denying such relief(which is the same case as indictment number 1999 123, supra, People v Welch, KA 00 02235, etc )are being sued for not making decisions on the merits in the two cases thereby leaving me with no available avenue of redress to seek redress for the serious constitutional violations committed against me by state court authorities.

36) Further, the clerks in the Second Circuit Court of Appeals in both cases committed serious errors by not mailing timely notices to me of the Second Circuit Judges orders denying me relief which were dated 8/3/07 but not received by me until 8/30/07; and 7/20/07 but not received by me until 10/5/07. The Clerks of the Second Circuit Court of Appeals involved in the untimely mailings are Elizabeth Munoz, Deputy Clerk; and Catherine O Hagan Wolfe, Clerk; and Lucile Carr, Clerk

37) I submit that the facts show a design to deny me review of substantial constitutional violations that lead to my instant convictions and incarceration to facilitate and further FBI investigations and prosecution of members of the conspiracy. I seek declaratory relief establishing my rights with respect to this situation and my right to have either review of my constitutional challenges to my state court convictions on the merits or an alternative reasonable avenue as a remedy to provide relief to me as to same, In addition, I seek appropriate injunctive relief preventing continuation of the practices herein of keeping me confined in New York State prisons in the midst of the conspiracy and conspirators and declaring that I am in imminent danger of serious physical injury hence entitled

9

to proceed in forma pauperis herein despite having previously garnered three strikes under the three strikes rule of 28 USC 1915(g).

38) I hereby object to and oppose the following:any forcible abduction of or restraint of me,by the U S Military or otherwise; any transporting of me to any foreign location,facility,state,etc ,or forcing me to reside or live in a hidden or isolated location without my previous specific consent. I further request that appropriate declaratory relief be granted establishing my rights as to this matter and that temporary restraining orders and permanent injunctive relief be granted to protect my rights herein.

39) Further President George Bush,not named as a conspirator, has,according to my understanding information and belief,authorized use and deployment of U S Military forces through the FBI and U S Department of Justice related to this matter which I submit also supports my claim of imminent danger of serious physical injury to me.

40) There have been numerous and repeated attempts by DOCS employees and conspirators to kill me over the years by poison/food contamination,stabbing, arson,beating/assault etc at Elmira C F ,Five Points C F Clinton C F ,Attica C F Auburn C F  Gouverneur C F , Orleans C F and other DOCS facilities despite my repeated and numerous written complaints/grievances to Commissioner Glenn S Goord Inspector General Richard Roy,Superintendents of all named facilities as well as to FBI and U S Department of Justice sources.

41) Further, I am a 53 years of age black man with a documented history of high blood pressure, blood circulation blockage and liver damage and HCV. It is highly unprofessional an abuse of power,and violative of my civil rights and otherwise illegal to allow the repeated acts of conspiracy to provoke me into physical fights or altercations and to repeatedly subject me to being forced to eat contaminated/poisoned food.

42) An additional salient fact which suggests that the State Appellate Division 4th Dept  Judges Defendants were members of the conspiracy and acted under a conflict of interest and bais in furtherance of the conspiracy is the known false statement made and documented by such justices attributing to me a known false statement of having alleged an "FBI conspiracy" in my recusal motion to Judge Punch and ADA Jeorg whereas it was obvious that my rcusal affidavit stated that the FBI were investigating the conspiracy,not that they were members of it. See People v Welch,supra,KA 00 02235(re indictment number 1999 128)

CLAIMS

43) Adopting all allegations contained in paragraphs 1 through 42,supra, and paragraphs I through X supra,I make the following claims:

44) The fedral defendants FBI Director, FOIA Director,Circuit Court Judges, Circuit Coprt Clerks deprived me of rights secured under the First,Fourth,Fifth, Sixth and Eighth Amendments  U S Const Amends  1,4,5,6,8

45) The Niagara County Defendants Judge Punch and ADA Claude Jeorg deprived me of rights secured under the 1,4,5,6,8 and 14 Amendments to the U S Constitution U S Const ,Amends  1,4,5,6,8,14

46) The State Appellate Division Justice deprived me of rights secured under the 1,4,5,6,8 and 14th Amendments  U S Const ,Amends  1,4,5,6,8,14

47) The State Appellate Division Justices and the Niagara County defendants Pigott,Jr , Green,Hurlbutt,Scudder,Hayes,Gorski,Lawton,Punch and Jeorg acted in part of racial discriminatory animus to deny me equal protection of the laws, 42 USC 1985(3);Griffin v Breckenridge,403 US 88,102,91 S Ct 1790,1798(1971)

48) The State Appellate Division Justices and the Niagara County defendants specified under paragraph 47.supra, acted in part based on a conspiracy to kill me to prevent me from frely and fully testifying in federal court regarding the underlying conspiracy involved herein  42 USC 1985(2)(First Part)

49) The federal defendants United States Attorney General, United States Attorney for the Western District of New York, FBI Director and United States Department of Justice have  used me as an informant and to facilitate and further FBI investigations and prosecution of the conspirators involved in the underlying conspiracy and thus have a special relationship with me and duty to protect me from conspirators but has failed to do so  Peck v United States,470 F Supp 1003, 1016 1017(SDNY 1979); Crain v Krehbiel,443 F Supp 202,214(1977); Swanner v United States,275 F Supp 1007 1011(N D Ala 1967),revd  on other grounds 406 F 2d 716 (5th Cir 1969)

50) The State Appellate Division Justices and the Niagara County defendants referred to under paragraphs 47 and 48,supra,neglected to prevent a known civil rights conspiracy while having knowledge thereof and a duty to prevent same but instead became part thereof  42 USC 1986

11

RELIEF REQUESTED:

1) Grant temporary and permanent injunctive relief against housing me in New York State Correctional Facilities pending outcome of FBI investigations and any federal prosecutions of conspirators;

2) Grant declaratory relief establishing my rights not to be forced into this dangerous situation and forced to be government evidence and informant while in imminent danger of serious physical injury;

3) Order the FBI and U S Dept of Justice to cease using the investigative or other governmental powers to influence or prohibit my release via 28 USC habeas corpus or other relief overturning my conviction;

4) Order New York Federal District Court,Western District of New York,and New York State Courts to consider the merits of my appeals or direct that a special Panel of Judges hear and determine my challenges to my state convictions who are not members of the conspiracy or affected by any conflict of interest,bias,etc ,

5) Order disclosure of records related to knowledge and involvement of New York State police/investigators,Niagara Falls New York City police/detectives,Niagara County Sheriff investigators and others involved as members of the conspiracy against me in connection with the prosecution of me under indictments 1999-051 and 1999-128 herein;

6) Order the FBI and U S Dept of Justice to file a Vaughn indexing system pursuant to Vaughn v Rosen,484 F 2d 820,827(D C Cir 1973),cert denied 415 US 977, 94 S Ct 1564(1974) to enable this Court to rule on each element of the itemized list in order to determine disclosability of records;

7) Award compensatory damages against the State Appellate Division Justices and Niagara County Judge and Prosecutor at five million dollars each and five million dollars each in punitive damages to be assessed against them in their individual capacities

8) Grant such other and further relief deemed just and equitable

9) Allow me to file an amended complaint at a later date if deemed appropriate


On the undersigned date I have mailed this original complaint and in forma pauperis application and prisoner authorization plus civil cover sheet to: Clerk,United States District Court,District of Columbia,333 Constitution Ave ,N W ,Washington,D C  20001

*Elbert Welch,Pro Se*
#00 B 1648

I declare under penalty of perjury that the foregoing
is true and correct  Executed on October 18 ,2007
(28 USC 1746)

*Elbert Welch #00-B-1648*
Orleans Correctional GFacility
3531 Gaines Basin Road
Albion,New York  14411-9199

12

F
07-2030
UNA

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
ELBERT WELCH

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

#00-B-1648

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS
ROBERT S. MULLER, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-02030
Assigned To : Unassigned
Assign. Date : 11/08/2007
Description: PRO SE GEN. CIVIL

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

— O —

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $ -0-   Check YES only if demanded in complaint  JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES ☐ NO  If yes, please complete related case form.

DATE 11- -07   SIGNATURE OF ATTORNEY OF RECORD   UCP

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd