Revised 05/01 WDNY

# UNITED STATES DISTRICT COURT   (DISTRICT OF COLUMBIA)

NOV 0 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

__Elbert Welch 00B1648__
(Name of Plaintiff or Petitioner)

V.

__Robert Mueller, et al.__
(Name of Defendant(s) or Respondent(s))

MOTION TO PROCEED *IN FORMA PAUPERIS*
AND SUPPORTING AFFIRMATION
_____-CV-_____

07 2030

I, __Elbert Welch__, (print or type your name) am the plaintiff/petitioner in the above-entitled case and hereby request the Court's permission to proceed *in forma pauperis*.

In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of this action or to give security therefor and that I believe I am entitled to redress.

I further declare that the responses which I have made in this affirmation below are true.

1. Are you presently employed?  Yes ____  No __X__
   My Employer's Name and Address is: _____

   My Gross Monthly Wages are: $ _____
   If you are not presently employed, state
   Your Last Date of Employment: __9/14/07  Orleans C.F.  printing/lawn/ground__
   Your Gross Monthly Wages at that time: __approx. $18__
   Is your spouse presently employed? Yes ____  No ____
   My Spouse's Employer's Name and Address is: __N/A__

   My Spouse's Gross Monthly Wages are $ _____

2. Have you received any money from any of the following sources within the past twelve months:
   a. Business, profession or self-employment? Yes ____ No __X__
      If yes, state source and amount received per month $ _____
   b. Rent payments, interest or dividends? Yes ____ No __X__
      If yes, state source and amount received per month $ _____
   c. Pensions, annuities, disability, or life insurance payments? Yes ____ No __X__
      If yes, state source and amount received per month $ _____
   d. Gifts or inheritances? Yes ____ No __X__
      If yes, state source and amount received per month $ _____
   e. Child Support? Yes ____ No __X__
      If yes, state amount received each month $ _____
   f. Government Benefits (Social Security, SSI, Welfare, AFDC, Veterans, etc.)? Yes ____ No __X__
      If yes, state source and amount received per month $ _____
   g. Friends, Relatives or any other source? Yes __X__ No ____
      If yes, state source and amount received per month $ __20 periodically__
   If you have not received any money from any of the above sources, please explain how you are currently paying your expenses:
   _____
   _____

3. What is your total gross monthly income today: $ __none__
4. How much cash do you have on hand? $ _____

**RECEIVED**
OCT 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

5. How much money do you have in a checking account(s)? $ _none_

6. How much money do you have in a savings account(s)? $ _none_

7. If you are an inmate of a correctional facility, state the amount of funds in your inmate account (NOTE: prisoners must have inmate account balances certified by an authorized official of the correctional facility and must include a signed Authorization for payment of the filing fee): _____

8. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ___ No _X_
   If so, describe the property in detail and give an estimated value of the property: _____

   If you own property, are you paying off a loan or mortgage on it? Yes ___ No ___
   If yes where are you obtaining the money to make such payments: _____

9. If you are not an inmate, state your total monthly household expenses:
   Rent or mortgage $____    Food $____    Utilities $____    All other expenses $____
   If your monthly expenses exceed the amount of income you listed in #3 above, please explain how you are paying your expenses _____

10. List all of the people who are in your household and state the amount of money each one contributes to household expenses each month: _____

11. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _1 minor daughter, Alize Welch nothing contributed due to confinement_

12. Have you been adjudicated bankrupt within the past ten (10) years? Yes ___ No _X_
    If the answer is yes, please include the court and date of filing _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 18 2006_        _Eric Welch_
        (Date)                        (Applicant's Signature)

---

## PRISON CERTIFICATION SECTION

(Required for Prisoner Requests Only; Prisoner Requests Must Have This Section Completed By Prison Official)

I certify that the movant has the sum of $ _2.47_ on account to his/her credit at the _Orleans_ Correctional Facility where s/he is currently confined.

I further certify that the movant has the following securities to his/her credit according to the institution's records: _n/a_

I further certify that the movant's average account balance was $ _31.62_ during the last six months.

_Michelle Carder_
Signature of Authorized Officer of Institution
_Michelle Carder_
Print Name of Authorized Officer of Institution