UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 0 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Elbert Welch,   )
              )
    Plaintiff, )
              )
v.            )  Civil Action No. 07 2030
              )
Robert S. Mueller *et al.*, )
              )
    Defendants. )

## TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a prisoner at the Orleans Correctional Facility in Albion, New York. He alleges civil rights violations by "federal[,] state judicial and prosecutorial officials" based on an alleged criminal investigation of him in New York. Plaintiff also complains about his conditions of confinement, alleging, among other misdeeds, that prison officials "have tried to provoke me into fights or disciplinary action" and have contaminated his food. Compl. ¶ 9.

The events forming the basis of the complaint are wholly unconnected to this venue. The Court therefore finds it in the interests of justice and judicial economy to transfer the case to a proper venue. *See* 28 U.S.C. § 1391(b) (designating the proper venue under the circumstances presented as the location where a substantial part of the events occurred). Accordingly, it is this ___ day of November 2007,

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Western District of New York. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

*Ellen S Huvelle*
United States District Judge